```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

FOREST LABORATORIES, INC.,        :
et al.,                           :
                                  :
            Plaintiffs,            :
                                  :
        v.                        : Civil Action No. 03-891-JJF
                                  :
IVAX PHARMACEUTICALS INC.,        :
et al.,                           :
                                  :

## MEMORANDUM AND ORDER

Presently before the Court is a letter request (D.I. 447) dated August 31, 2005, filed by Defendants Ivax Pharmaceuticals, Inc. and Cipla, Ltd. ("Ivax and Cipla") requesting the Court to reopen two motions that were filed by Defendant Alphapharm Pty. Ltd .("Alphapharm"), a SEALED Motion In Limine To Preclude Thomas Pochapsky's Untimely Supplemental Expert Report (D.I. 318) and a SEALED Motion In Limine To Preclude Certain Expert Testimony Of Anthony J. Rothschild, M.D. (D.I. 320).  The Court denied these motions with leave to renew when a tentative settlement was announced between Alphapharm and Plaintiffs.  Plaintiffs have filed a letter response (D.I. 448) dated September 6, 2005, opposing Ivax and Cipla's request and contending that joinder in these motions at this stage is inappropriate.

Although Ivax and Cipla notified Plaintiffs that they joined in Alphapharm's motions, Ivax and Cipla acknowledge in their letter request that they did not notify the Court of their intent to join in these motions.  Motions in limine and motions for

joinder were due with the Court on April 4, 2005, and Ivax and Cipla failed to file a joinder motion or request an extension of the deadline. Accordingly, the Court concludes that Ivax and Cipla's request to join these motions is untimely.

In the alternative, however, even if the Court considers the merits of the two motions, the Court concludes that Ivax and Cipla are not entitled to relief. Alphapharm's Motion In Limine To Preclude Thomas Pochapsky's Untimely Supplemental Expert Report (D.I. 318) was based on the alleged prejudice Alphapharm would suffer because of the timing of the report. The supplemental expert report in question was served on March 18, 2005, and since that time, Dr. Pochapsky has been deposed at length. In addition, trial is not scheduled to begin until December 5, 2005. In these circumstances, the Court concludes that Ivax and Cipla will suffer no prejudice as a result of the timing of Dr. Pochapsky's report.

As for Alphapharm's Motion In Limine To Preclude Certain Expert Testimony Of Anthony J. Rothschild, M.D. (D.I. 320), the Court concludes that Dr. Rothschild is sufficiently qualified to testify on the subject matter for which his testimony was sought. Any arguments that Ivax and Cipla have concerning Dr. Rothschild's credentials will be considered by the Court in weighing his testimony.

NOW THEREFORE, IT IS HEREBY ORDERED this 20th day of

September 2005, that the letter request (D.I. 447) of Defendants, Ivax Pharmaceuticals, Inc. and Cipla, Ltd. to reopen the Motion In Limine To Preclude Thomas Pochapsky's Untimely Supplemental Expert Report (D.I. 318) and the SEALED Motion In Limine To Preclude Certain Expert Testimony Of Anthony J. Rothschild, M.D. (D.I. 320) filed by Alphapharm is **DENIED**.

                                    */s/ Joseph J. Farnan Jr.*
                                  UNITED STATES DISTRICT JUDGE